DAVID L. SKELTON   #96250
CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

FILED TS

08 SEP -8 PM 1:54

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

Rect 199892

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE                                                    ) CASE NO. 0307386-T13
                                                         )
   JOYCE ANN MUSIAL                                      ) UNDISTRIBUTED FUNDS
   578 CR 706                                            )
   GREEN FOREST AR                                       )
                      72638                              )
                                                         )

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT
REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: COMPLETED

EXPLANATION OF SOURCES:
    CREDITOR CHECK NOT DELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:                        AMOUNT:

   CITICORP VENDOR FINANCE INC                           1,367.10
   1800 OVERCENTER DRIVE
   MOBERLY MO

           65270

I hereby certify under penalty of perjury that if valid addresses were
avaliable, a true copy of this was served on the Debtor(s), his attorney
of record, and Payee at the addresses as they appear herein.

SERVED:    [ ~~]~~DEBTOR(S)    [ ~~]~~ATTORNEY    [  ] PAYEE

DATED: August 22, 2008

                                    Patricia Morgan
                                    Clerk for the office of
                                    DAVID L. SKELTON, CHAPTER 13 TRUSTEE

DEREK J LOBO #157314
8989 RIO SAN DIEGO DR #325
SAN DIEGO CA
           92108